**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Solaris Pharmaceuticals, Inc., | CV 06-2804-PHX-SMM |
| Plaintiff, | |
| v. | |
| Edward S., an individual, G.B.Y. Group Limited, Inc., a Maltese Company, and Pivotal Partners, Inc., | **ORDER** |
| Defendants. | |

Pending before the Court is Plaintiff Solaris Pharmaceuticals, Inc.'s ("Solaris") Motion to Appoint Special Process Server. (Dkt. 15.) Solaris has not been able to serve defendant Edward S. or defendant G.B.Y. Group, each of whom is located on the island country of Malta. In order to accomplish service on both defendants, Solaris has determined that it is required to appoint a special process server. In the interest of justice, the Court will not issue an order appointing a special process server to serve an individual identified only as "Edward S." However, the Court will approve Solaris's request to appoint a special process server to accomplish service on the entity identified as "G.B.Y. Group."

Accordingly,

1   **IT IS HEREBY ORDERED GRANTING**, in part, and **DENYING**, in part,
2   Solaris Pharmaceuticals, Inc.'s Motion to Appoint Special Process Server.  (Dkt. 15.)
3   **IT IS FURTHER ORDERED** appointing APS International, Ltd. and its
4   designated agents as special process server to accomplish service on defendant "G.B.Y.
5   Group" on the island country of Malta.
6   **IT IS FURTHER ORDERED** that Solaris Pharmaceuticals, Inc. may file another
7   request to appoint a special process server for service on defendant "Edward S." once it
8   has determined the surname of "Edward S."
9   DATED this 5th day of March, 2007.

Stephen M. McNamee
United States District Judge

- 2 -