**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Solaris Pharmaceuticals, Inc., | ) | CV 06-2804-PHX-SMM |
| Plaintiff, | ) | |
| v. | ) | |
| Edward S., an individual, G.B.Y. Group Limited, Inc., a Maltese Company, and Pivotal Partners, Inc., | ) | **ORDER** |
| Defendants. | ) | |

Pending before the Court is the Motion of Steven Weinberg to withdraw as attorney of record for Plaintiff Solaris Pharmaceuticals, Inc. (Dkt. 18.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Motion of Steven M. Weinberg to withdraw as an attorney of record for Plaintiff Solaris Pharmaceuticals, Inc. (Dkt. 18.)

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Steven M. Weinberg's name from the docket sheet.

DATED this 16th day of March, 2007.

Stephen M. McNamee
United States District Judge