**WO**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Solaris Pharmaceuticals, Inc. a Canadian corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>Edward S., an individual; G.B.Y Group Ltd., a Maltese company; and Pivotal Partners, Inc., a Canadian corporation,<br><br>    Defendants. | Case No.: CV 06-2804-PHX-SMM<br><br>ORDER |

Upon consideration of Defendants' Unopposed Joint Motion For Extension of Time to Respond to Second Amended Complaint (Doc. 34), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the motion for Extension of Time to Respond to the Second Amended Complaint.

**IT IS FURTHER ORDERED** that Defendants shall file their response on or before July 30, 2007.

DATED this 13th day of July, 2007.

Stephen M. McNamee
United States District Judge