**WO**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Solaris Pharmaceuticals, Inc. a Canadian corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Edward S., an individual; G.B.Y Group Ltd., a Maltese company; and Pivotal Partners, Inc., a Canadian corporation, <br><br> Defendants. | Case No.: CV 06-2804-PHX-SMM <br><br> ORDER |

Upon consideration of Defendants' Second Unopposed Joint Motion For Extension of Time to Respond to Second Amended Complaint (Doc. 37), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Motion for Extension of Time to Respond to the Second Amended Complaint (Doc. 37).

**IT IS FURTHER ORDERED** that Defendants shall file their response on or before August 31, 2007.

DATED this 31st day of July, 2007.

Stephen M. McNamee
United States District Judge