**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Solaris Pharmaceuticals, Inc., | CV 06-2804-PHX-SMM |
| Plaintiff, | |
| v. | |
| Edward S., an individual, G.B.Y. Group Limited, Inc., a Maltese Company, and Pivotal Partners, Inc., | **ORDER** |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 39) filed with this Court on August 29, 2007,

**IT IS HEREBY ORDERED** that this action is dismissed as to all claims, with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the domain names MEDISAVE.COM and MEDI-SAVE.COM are ordered transferred to Solaris Pharmaceuticals, Inc.

DATED this 29th day of August, 2007.

_Stephen M. McNamee_
United States District Judge